THIRD DISTRICT.

George Grein, appellant, v. Cora Grein, appellee. Gen. No. 8,909.

Opinion filed July 17, 1935. Rehearing denied October 1, 1935.
George E. Martin, for appellant. Clark & Noel, for appellee.
Mr. Presiding Justice Fulton delivered the opinion of the court.